UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE SCANTLAND,

       Plaintiff,       No. 07-CV-15311-DT

vs.                Hon. Gerald E. Rosen

CLINTON TOWNSHIP POLICE
DEPARTMENT, et al.,

       Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

    At a session of said Court, held in the
    U.S. Courthouse, Detroit, Michigan
    on  April 23, 2008

    PRESENT: Honorable Gerald E. Rosen
           United States District Judge

This matter having come before the Court on the February 15, 2008 Report and Recommendation of United States Magistrate Judge Charles Binder recommending that the Court dismiss Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and 42 U.S.C. § 1997e(c)(1) for failure to state a claim; and Plaintiff having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's objections, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint should be dismissed; and the Court being otherwise

fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of February 15, 2008 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is DISMISSED in its entirety with prejudice.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: April 23, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 23, 2008, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager